IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:04CV183

| | |
|---|---|
| STEVEN E. LEE,    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>JO ANNE B. BARNHART,    )<br>Commissioner of Social Security,    )<br>    Defendant.    )<br>_____) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Petition For Attorney's Fees and Costs" (Document No. 18), filed on August 24, 2005 by Steven Lee. In the "Response..." filed on September 1, 2005, the Commissioner advises that she will not oppose an award of legal fees in the amount of $1,733.40, provided this is the only petition filed by Mr. Lee in this case under 28 U.S.C. § 2412(d). Mr. Lee has not replied to the "Response ..." and the time for doing so has expired.

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's "Petition For Attorney's Fees And Costs" (Document #18) is **GRANTED**, that is, counsel for Plaintiff shall be paid the sum of $1,733.40.

2. No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

**Signed: September 15, 2005**

_____
David C. Keesler
United States Magistrate Judge